FW034042

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 JAN 30 AM 9:15

CASE NO.:

DEPUTY CLERK_____

SAMANTHA REINSEL,

    Plaintiff,

v.

IDEAL IMAGE OF TEXAS, LLC,
RHONDA RAZ, VAL WATSON,

    Defendant.
_____/

**4-20CV-076-A**

## Complaint

Samantha Reinsel ("Reinsel"), sues Ideal Image of Texas, LLC ("Ideal Image"), Rhonda Raz, and Val Watson, and in support, states as follows:

### NATURE OF CASE

1.     This is an action for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. §§ 201-216 ("FLSA").

### JURISDICTION AND VENUE

2.     Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. 1331, 28 U.S.C. 1367, and 29 U.S.C. 216(b).

### PARTIES

3.     Reinsel is an individual and a citizen of the State of Texas residing in Tarrant County, Texas.

4. Ideal Image is a for-profit corporation organized and existing under the laws of the State of Texas, with its principal place of business at 770 S Dixie Hwy Ste. 200 Coral Gables, FL 33146. Ideal Image operates multiple locations within the State of Texas.

5. Rhonda Raz ("Raz") is an individual and a citizen of the State of Texas. Raz was Reinsel's supervisor at Ideal Image in Texas.

6. Val Watson ("Watson") is an individual and a citizen of the State of Texas. Watson was Reinsel's supervisor at Ideal Image in Texas.

## FACTS

7. In or about April 2017, Reinsel began her employment with Ideal Image.

8. During Reinsel's employment with Ideal Image, Raz exercised significant control over Ideal Image's operations, including but not limited to the authority to hire and fire employees, determine compensation, control over employment-related records, and similar powers with respect to operational control of Ideal Image's day-today functions.

9. During Reinsel's employment with Ideal Image, Watson exercised significant control over Ideal Image's operations, including but not limited to the authority to hire and fire employees, determine compensation, control over employment-related records, and similar powers with respect to operational control of Ideal Image's day-today functions.

10. During her employment, Reinsel regularly worked approximately 41 to 45 hours per work week, but was not compensated any overtime, all with actual and/or constructive knowledge of Ideal Image, Raz and Watson.

11. During her employment, Reinsel was not paid for any overtime.

## COUNT I – FLSA UNPAID OVERTIME

12. Reinsel incorporates by reference, and as if fully restated herein, the allegations contained in Paragraphs 1-11 of the Complaint.

13. Ideal Image employs more than two individuals.

14. Ideal Image has an annual dollar volume of sales or business being done of at least $500,000.

15. Ideal Image is subject to the FLSA.

16. During Reinsel's employment with Ideal Image, Ideal Image was her employer, as that term is defined by the FLSA.

17. During Reinsel's employment with Ideal Image, Raz and Watson were each considered her employer, as that term is defined by the FLSA.

18. During Reinsel's employment, she regularly and routinely worked more than forty (40) hours per work week, and was not paid for any or all minimum wage or overtime as a result of unlawful pay practices, policies, and procedures.

19. Ideal Image, Raz and Watson knew that Reinsel was not being compensated with respect to minimum wage or overtime.

20. Ideal Image, Raz and Watson's failure to pay all owed minimum wage and overtime was intentional.

21. As a direct and legal consequence, Ideal Image, Raz and Watson's failure to pay all minimum wage or any overtime, Reinsel has suffered damages.

WHEREFORE, Reinsel respectfully requests the following:

   a. Enter judgment in her favor for unpaid minimum wage and overtime under the FLSA;

   b. Award the full amount of any unpaid overtime, liquidated damages, and pre-judgment and post-judgment interest;

3

    c. Award attorneys' fees and costs; and

    d. Grant equitable relief declaring and mandating the cessation of the unlawful pay practices, policies and procedures; and

    e. Grant such other and further relief as this Court deems just and proper.

I request a jury trial.

_S. Reinsel_
Samantha Reinsel
8713 Trace Ridge Pkwy
Fort Worth TX 76244

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Samantha Reinsel

**DEFENDANTS**
Ideal Image of Texas LLC
Rhonda Raz
Val Watson

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Miami-Dade
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☒ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Fair Labor Standards Act
Brief description of cause: Unpaid overtime/wages

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 1/30/20
SIGNATURE OF ATTORNEY OF RECORD: S. Reinsel Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____